RECEIVED
AUG 3 0 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANTONIO M. JACKSON, Petitioner | CIVIL ACTION NO. 5:19-CV-665-P |
| VERSUS | JUDGE DEE D. DRELL |
| DARREL VANNOY, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 5), and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 1) is hereby DENIED and DISMISSED with prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 30th day of AUGUST, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE